IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LORI ROSE AND DAVID ROSE                                          PLAINTIFFS

V.                                    NO. 4:09CV00232 SWW

STEVENS TRANSPORT, INC.
AND JOHN PARKS                                                    DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court this matter has been settled, the same is hereby dismissed with prejudice.

_____
THE HONORABLE SUSAN WEBBER WRIGHT

_____May 12, 2010_____
DATE

PREPARED BY:
BRUCE MUNSON
HUCKABAY, MUNSON, ROWLETT & MOORE, P.A.
400 WEST CAPITOL AVENUE, SUITE 1900
LITTLE ROCK, AR 72201
501/374-6535